IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No.: 1:20-cv-01268-TNM |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

**ANSWER**

THE DEFENDANT, the Internal Revenue Service ("Service"), answers to Plaintiff's complaint as follows:

FIRST DEFENSE

The Court lacks jurisdiction to order the Defendant to repost Administrative Law Judge and/or Appellate Authority decisions in Circular 230 cases that have been previously posted on IRS.gov because 5 U.S.C. § 552(a)(4) does not empower Courts to order agencies to publish items under 5 U.S.C. § 552(a)(1) or (a)(2).

SECOND DEFENSE

The Service may withhold any responsive records or portions thereof that are exempt from disclosure pursuant to the exemptions contained in the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(b).

THIRD DEFENSE

Plaintiff is neither eligible nor entitled to declaratory relief and/or any other relief beyond that to which the FOIA entitles him.

FOURTH DEFENSE

Plaintiff is neither eligible nor entitled to attorneys' fees and costs.

FIFTH DEFENSE

FOR ITS FURTHER ANSWER, and in response to the enumerated Paragraphs of the Complaint, the Defendant further answers that:

1. Admitted.

2. Admitted.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3.

4. Defendant admits and avers that it is a bureau of the Department of the Treasury.

5. Defendant admits the allegations of the first sentence of Paragraph 5. In response to remaining allegations of Paragraph 5, Circular 230 speaks for itself and that to that extent admitted.

6. Admitted.

7. Defendant admits that enforcement actions are litigated before an Administrative Law Judge ("ALJ"). The remaining allegations of Paragraph 7 consist in allegations of law; to the extent a response is required, admitted.

8. Defendant admits the allegations of the first sentence of Paragraph 8. The remaining allegations of Paragraph 8 consist in allegations of law; to the extent a response is required, admitted.

9. Defendant admits the allegations of the first, third, and fourth sentences of Paragraph 9. The second sentence consists in allegations of law; to the extent a response is required, denied.

10. Defendant admits the allegations of the first sentence of Paragraph 10. The second sentence of Paragraph 10 consists in allegations of law; to the extent a response is required, admitted.

11. With respect to the first sentence of Paragraph 11, Plaintiff's FOIA request speaks for itself. The second sentence of Paragraph 11 quoting Plaintiff's FOIA request consists in allegations of law; to the extent a response is required, denied.

12. Admitted.

13. In response to the allegations of Paragraph 13, the Defendant admits that its October 18, 2019, final response denied Plaintiff's request that the "IRS repost all Administrative Law Judge and Appellate Authority decisions in Circular 230 cases that have been previously posted on IRS.gov", and included the text subsequently quoted in Paragraph 13.

14. Admitted that Plaintiff took an FOIA administrative appeal via a letter dated January 15, 2020, which speaks for itself.

15. Admitted that Defendant denied Plaintiff's appeal in a letter dated January 31, 2020, which includes the text quoted in Paragraph 15, and which letter speaks for itself.

16. The first sentence of Paragraph 16 consists in allegations of law; to the extent a response is required, denied. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 16.

17. The Defendant incorporates its responses to Paragraphs 1 to 16.

18. Denied.

19. Denied.

WHERETOFORE, having fully responded to Plaintiff's Complaint, the Defendant prays that this Court dismiss the Complaint with prejudice, grant the Defendant its costs of defense, and grant such other relief as may be deemed just and proper under the circumstances.

Dated: July 9, 2020                    Respectfully submitted,

                                       RICHARD E. ZUCKERMAN
                                       Principal Deputy Assistant Attorney General

                                       /s/ Joseph E. Hunsader
                                       JOSEPH E. HUNSADER
                                       Trial Attorney, Tax Division
                                       U.S. Department of Justice
                                       P.O. Box 227 -- Ben Franklin Station
                                       Washington, D.C. 20044
                                       Tel: (202) 514-0472
                                       Email: joseph.e.hunsader@usdoj.gov
                                       *Attorneys for the Internal Revenue Service*

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, I filed the following documents:

(1)     ANSWER

with Court's EFC system that serves all filed documents, on the day of filing with the ECF system, to all counsel of record participating in the ECF system including upon:

Cornish F. Hitchcock
Hitchcock Law Firm PLLC
5614 Connecticut Ave., NW, Suite 304
Washington, D.C.  20015

/s/Joseph E. Hunsader
Joseph E. Hunsader
Trial Attorney, Tax Division