IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 1:20-cv-01268-TNM |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Plaintiff, Tax Analysts, and Defendant, the Internal Revenue Service ("Service"), hereby respectfully submit this Joint Status Report pursuant to the Court's Minute Order dated December 16, 2020.

Plaintiff's complaint alleges a claim under the Freedom of Information Act ("FOIA"). Since the last Joint Status Report, the parties have continued to work cooperatively and make progress in resolving the remaining matters alleged in the complaint.

The parties continue to narrow the issues in this lawsuit recognizing that briefing of certain issue(s) may be required. Accordingly, the parties again jointly request that no briefing schedule be set at this time, but that the Court order the parties to file a further Joint Status Report no later than April 20, 2021, in order to update the Court

regarding the status of this matter, including whether any further proceedings will be required.

| | |
|---|---|
| Dated: February 26, 2021 | Respectfully submitted, |
| HITCHCOCK LAW FIRM PLLC | DAVID A. HUBBERT<br>Acting Assistant Attorney General |
| /s/Cornish F. Hitchcock<br>CORNISH F. HITCHCOCK<br>D.C. Bar No. 238824<br>5614 Connecticut Ave. N.W., No. 304<br>Washington, D.C. 20015<br>Tel: (202) 489-4813<br>Fax: (202) 315-3552<br>Email: conh@hitchlaw.com<br>*Attorneys for Plaintiff* | /s/ Joseph E. Hunsader<br>JOSEPH E. HUNSADER<br>D.C. Bar No. 453328<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227 -- Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 514-0472<br>Email: joseph.e.hunsader@usdoj.gov<br>*Attorneys for the Internal Revenue Service* |

CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, I filed the following documents:

(1) JOINT STATUS REPORT

with Court's EFC system that serves all filed documents, on the day of filing with the ECF system, to all counsel of record participating in the ECF system including upon:

Cornish F. Hitchcock
Hitchcock Law Firm PLLC
5614 Connecticut Ave., NW, Suite 304
Washington, D.C.  20015

/s/Joseph E. Hunsader
Joseph E. Hunsader
Trial Attorney, Tax Division